UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDEZ,<br><br>              Petitioner,<br><br>        v.<br><br>L.S. McEWEN,<br><br>              Respondent. | Case No. CV 14-2018 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and respondent's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections as moot as they are not addressed to any matter which alters the outcome.

1  Because Grounds Two and Three are dismissed on the merits, the Court need not consider Respondent's position that they are also barred under Teague v. Lane, 489 U.S. 3110 (1989). See Objections to Report, pp. 2-3; Docket No 14.

2  IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

3  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 2, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE