UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS FERNANDEZ,<br><br>            Petitioner,<br><br>    v.<br><br>L.S. McEWEN,<br><br>            Respondent. | Case No. CV 14-2018 JVS(JC)<br><br>(PROPOSED) JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  _December 2, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE